UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Autumn D. N.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:21-cv-4087

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On July 14, 2022, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court overrule Plaintiff's Statement of Specific Errors and affirm the Commissioner of Social Security's decision in this Social Security case.  R&R, ECF No. 18.  The R&R notified the parties of their right to object to the recommendations contained therein and warned the parties that a failure to object would result in a forfeiture of: (1) the right to de novo review by the Court and (2) the right to appeal any decision by the Court adopting the R&R.  *Id.* at 12.  The deadline for filing objections has passed, and none were filed.  Accordingly, the Court **ADOPTS** the R&R without further review; **OVERRULES** Plaintiff's statement of Specific Errors, and **AFFIRMS** the Commissioner of Social Security's decision.  The Clerk shall enter judgment for Defendant and terminate this case.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT